02-11-294-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
  
 NO. 02-11-00294-CV
  
  
 
 


 

 


 
 
 ONE THOUSAND SIX HUNDRED THIRTY-ONE AND NO/100
 DOLLARS ($1,631.00) IN U.S. CURRENCY; ONE (1) AUDIOVOX CELL PHONE, MODEL
 CDM-8610VM, SERIAL NUMBER 43110888; ONE (1) SAMSUNG CELL PHONE, MODEL
 SGH-E715, SERIAL NUMBER R5VX468004V; ONE (1) MAN YELLOW METAL WATCH WITH
 NUMEROUS CLEAR STONES; TWENTY-SIX THOUSAND FOUR HUNDRED FIFTY-SIX AND NO/100
 DOLLARS ($26,456.00) IN U.S. CURRENCY; 1998 WHITE LEXUS GS400 BEARING TEXAS
 LICENSE PLATE Z60-DFV, VIN JT8BH68X5W0013145; FOUR (4) ZEON AUTOMOBILE TIRES
 WITH CHROME WHEELS; ONE (1) PANASONIC PLASMA TV, MODEL TH-42PD25, SERIAL
 NUMBER YJ4531455 WITH REMOTE; ONE (1) SAMSUNG DVD PLAYER, MODEL
 DYD-P241A/XAA, SERIAL NUMBER 69WX600260P WITH REMOTE; ONE (1) TOSHIBA VCR,
 MODEL M-645, SERIAL NUMBER 41566345; ONE (1) HARMON KARDON DVD PLAYER, MODEL
 DVD22, SERIAL NUMBER WA0007-17176 WITH REMOTE; ONE (1) HARMON KARDON AMP
 MODEL AVR-130, SERIAL NUMBER AN006-22989 WITH REMOTE; ONE (1) SONY HANDY CAM,
 MODEL DCR-TRV19, SERIAL NUMBER 344852; ONE (1) SHARP COLOR TV, MODEL
 25j-m100, SERIAL NUMBER 917710; TEN THOUSAND AND NO/100 DOLLARS ($10,000.00)
 IN U.S. CURRENCY; ONE (1) ONKY SIX-DISC PLAYER, MODEL DV-CP702, SERIAL NUMBER
 5461731553; ONE (1) ONKY RECEIVER, MODEL HT-R520, SERIAL NUMBER B451020338;
 ONE (1) ONKY SUBWOOFER, MODEL SKM520, SERIAL NUMBER 5472773350; FIVE (5) ONKY
 SPEAKERS (TWO (2) WITH MODEL NUMBER SKM-520, SERIAL NUMBER 5472770; TWO (2)
 WITH MODEL NUMBER SKF-520F, SERIAL NUMBER 5472773350; AND ONE (1) WITH MODEL
 NUMBER SKC-520C, SERIAL NUMBER 5472773350); AND ONE (1) ESA FLAT PLASMA TV,
 MODEL PDP4294IV, SERIAL NUMBER 390B3CFXA00112J[[1]]
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 371st
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[2]

----------

On
January 11, 2012, we notified Appellant Raul Ramirez that his brief did not
comply with rules 6.3, 9.4(h), and 38.1(a), (b), (c), (d), (f), (g), (h), (i),
and (k) of the Texas Rules of Appellate Procedure,[3] nor did it comply with
subsections A and E of this court’s local appellate rule 1.[4]  We allowed Appellant until
January 23, 2012 to file an amended brief that complied with the above rules. 
We stated in our letter to Appellant that his failure to timely file an amended
brief in compliance with the above rules could result in the waiver of
noncomplying points, our striking his brief, or the dismissal of his appeal.[5]  We received
Appellant’s amended brief on January 26, 2012, but it too was noncompliant.

Accordingly,
on January 30, 2012, we notified Appellant that his amended brief did not
comply with rules 6.3, 9.4(h), and 38.1(d), (g), (i), and (k) of the Texas
Rules of Appellate Procedure,[6]
nor did it comply with subsection E of this court’s local appellate rule 1.[7]  We allowed
Appellant until March 1, 2012 to file a second amended brief that complied with
the above rules.  We stated in our letter to Appellant that his failure to
timely file a second amended brief in compliance with the above rules could
result in the waiver of noncomplying points, our striking his brief, or the
dismissal of his appeal.[8] 
On March 5, 2012, this court received Appellant’s second amended brief.  It
remains noncompliant.[9]

Accordingly,
we strike Appellant’s brief and dismiss this appeal for want of prosecution.[10]

 

 

PER CURIAM

 

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ.

 

DELIVERED:  May 3, 2012









[1]The style has been
modified from that used in the trial court to reflect the trial court’s
severance of part of the cause and to explicitly reference any property
formerly globally referred to as “All Property Listed on Exhibits ‘A’ &
‘B’” that remains in this cause after severance.





[2]See Tex. R. App. P. 47.4.





[3]See Tex. R. App. P.
6.3, 9.4(h), 38.1(a)–(d), (f)–(i), (k).





[4]See 2nd Tex. App.
(Fort Worth) Loc. R. 1(A), (E).





[5]See Tex. R. App. P.
38.8(a), 38.9(a), 42.3(b), (c).





[6]See Tex. R. App. P.
6.3, 9.4(h), 38.1(d), (g), (i), (k).





[7]See 2nd Tex. App.
(Fort Worth) Loc. R. 1(E).





[8]See Tex. R. App. P.
38.8(a), 38.9(a), 42.3(b), (c).





[9]See
Tex. R. App. P. 6.3, 9.4(h), 38.1(d), (g), (i), (k).





[10]See Tex. R. App.
P. 38.8(a), 38.9(a), 42.3(b), (c).